IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| LEIGH CIMAROLLI AND MARY CIMAROLLI | § § § | CASE NO. 4-30507 |
| Debtors | § | Chapter 7 |
| | § § | |
| CENTRAL TURF FARMS, INC., Plaintiff | § § § | |
| v. | § § | Adversary No. 04-03253 |
| LEIGH CIMAROLLI AND MARY CIMAROLLI Defendants | § § § § | |

**AGREED FINAL JUDGMENT**

It appears from the signatures of counsel appearing below that the parties stipulate as follows:

The parties have agreed to compromise and settle this adversary proceeding pursuant to the terms and conditions set forth below.  Accordingly, the parties agree to the entry of this Agreed Order.

Accordingly, it is ORDERED, ADJUDGED and DECREED as follows:

A. Central Turf Farms, Inc. shall have an agreed judgment against the Defendants, Leigh Cimarolli, and Mary Cimarolli, jointly and severally, in the principal amount of $112,051.50, which indebtedness is hereby declared to be non-dischargeable under Section 523(a) of the Bankruptcy Code.

B. If the Defendants pay to Central Turf Farms, Inc. the amount of $60,000, such amount being paid in monthly installments commencing thirty (30) days after the date this order is entered, bearing interest at 7.5% per annum on the unpaid principal, and continuing on the same day of each month thereafter for 10 years, such monthly payments being in an amount to fully amortize the $60,000 principal amount plus interest for 20 years, with the final payment at the end of the 10-year payment period being the remaining unpaid principal and accrued but unpaid interest on the $60,000 amount, Central Turf Farms, Inc. shall forgive the remaining unpaid non-

dischargeable indebtedness.  In the event that the Defendants shall fail to make the payments, or any payment, in accordance with the preceding sentence, Central Turf Farms, Inc. shall be entitled to abstract this judgment and to take any and all necessary actions to collect the full non-dischargeable judgment of $112,051.50.

C. All Parties shall bear their own costs in this adversary proceeding.

Signed **February 8, 2005**

_____
Y JUDGE

AGREED:

*/s/ Holly A. Hubenak*
Holly A. Hubenak
TBN:  10144680
8307 Silver Shadows Ln.
Spring, Texas 77379
Phone:  281-379-5701
Fax:  281-251-5848

BARNET B. SKELTON, JR., P.C.

*/s/ Barnet B. Skelton, Jr.*
Barnet B. Skelton, Jr.
TBN: 18456400
1111 Bagby, 47th Floor
Houston, Texas  77002
(713) 659-8761 – Phone
(713) 659-8764 – Fax

ATTORNEYS FOR PLAINTIFF,
CENTRAL TURF FARMS, INC.

J. CRAIG COWGILL & ASSOCIATES, P.C.

*/s/ J. Craig Cowgill*
J. Craig Cowgill
TBN: 04929000
2211 Norfolk, Suite 1190
Houston, Texas 77098
(713) 956-0254 – Phone
(713) 956-6284 – Fax

ATTORNEYS FOR DEFENDANTS,
LEIGH CIMAROLLI AND
MARY CIMAROLLI